# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156603 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                                SC: 156603
                                                                COA: 340484
                                                                Kent CC: 16-011722-FH

SUSAN MARIA BOND,
            Defendant-Appellant.

_____/

        On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 9, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.

        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2017



                                                                        Clerk

d1017